No. 87–6458. JOHNSON v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–5891. SLATER ET UX. v. DELAWARE TRUST CO. ET AL., 484 U. S. 1069;

No. 87–6021. DEAN v. GEORGIA DEPARTMENT OF TRANSPORTATION ET AL., 484 U. S. 1070; and

No. 87–6081. EMBREY v. UNITED STATES, 484 U. S. 1072. Petitions for rehearing denied.

No. 87–5757. CAMPOS v. LEFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL., 484 U. S. 1014; and

No. 87–5918. TERRY v. MORGAN ET AL., 484 U. S. 1030. Petitions for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of these petitions.

APRIL 5, 1988

No. 87–1146. PRATT & WHITNEY CANADA INC. v. RAINEY ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 904.] Writ of certiorari dismissed under this Court's Rule 53.

APRIL 6, 1988

No. 87–1615. TEXACO INC. v. PENNZOIL CO. Ct. App. Tex., 1st Dist. Motion of Thomas R. Berner et al. for leave to intervene denied.

APRIL 7, 1988

No. 87–1615. TEXACO INC. v. PENNZOIL CO. Ct. App. Tex., 1st Dist. Certiorari dismissed under this Court's Rule 53.